# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DANIEL LEE ROBINSON (#127348)**

**VERSUS**

**JAMES LeBLANC, ET AL.**

**CIVIL ACTION**

**NO. 18-491-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 4, 2019, to which an objection was filed (Doc. 34);

**IT IS ORDERED** that Plaintiff's claims against all Defendants regarding lost property are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** the Motions to Dismiss filed on behalf of Defendants, Tim Hooper, James LeBlanc, Preety Singh, and Craig White, (Doc. 10) and Todd Barrere and Eric Hinyard (Doc. 24) are GRANTED and that all remaining claims against the moving Defendants are DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that all remaining claims against Demetrius Butler are DISMISSED WITHOUT PREJUDICE sua sponte for failure to exhaust administrative remedies.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on October 29, 2019.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**